FILED
CLERK, U.S. DISTRICT COURT

SEP - 4 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

Marcos Torres Sr.                   ,

                Defendant.

Case No.: MJ 24-5369

ORDER OF DETENTION

## I.

A.    (✓)    On motion of the Government in a case allegedly involving:

    1.    ( )    a crime of violence.

    2.    ( )    an offense with a maximum sentence of life imprisonment or death.

    3.    (✓)    a narcotics or controlled-substance offense with a maximum sentence of 10 or more years.

    4.    ( )    any felony if defendant has been convicted of two or more prior offenses described above.

    5.    ( )    any felony not otherwise a crime of violence that involves a minor victim, possession or use of a firearm or destructive device or any other dangerous weapon, or failure to register under 18 U.S.C. § 2250.

1  B.  (✓)  On motion by the Government/(  ) on Court's own motion, in a case

2       allegedly involving:

3     (✓)  On the further allegation by the Government of:

4       1.    (✓)  a serious risk that the defendant will flee.

5       2.    (  )  a serious risk that the defendant will:

6             a.    (  )  obstruct or attempt to obstruct justice.

7             b.    (  )  threaten, injure or intimidate a prospective witness or

8             juror, or attempt to do so.

9  C.  The Government (✓) is/(  ) is not entitled to a rebuttable presumption that no

10     condition or combination of conditions will reasonably assure the defendant's

11     appearance as required and the safety or any person or the community.

12

13                                     **II.**

14  A.  (✓)  The Court finds that no condition or combination of conditions will

15       reasonably assure:

16       1.    (✓)  the appearance of the defendant as required.

17             (✓)  and/or

18       2.    (✓)  the safety of any person or the community.

19  B.  (✓)  The Court finds that the defendant has not rebutted by sufficient evidence to

20       the contrary the presumption provided by statute.

21

22                                     **III.**

23     The Court has considered:

24  A.  (✗)  the nature and circumstances of the offense(s) charged, including whether

25       the offense is a crime of violence, a Federal crime of terrorism, or involves

26       a minor victim or a controlled substance, firearm, explosive, or destructive

27       device;

28  B.  (✗)  the weight of the evidence against defendant;

1  C.    (✗)    the history and characteristics of the defendant; and

2  D.    (✗)    the nature and seriousness of the danger to any person or the community.

3

4                                    **IV.**

5         The Court also has considered all the evidence adduced at the hearing, the

6  arguments and/or statements of counsel, and the Pretrial Services Report and

7  recommendation.

8

9                                    **V.**

10        The Court bases the foregoing finding(s) on the following:

11 A.    (✓)    Flight risk:

12        *inadequate bail resources, no legal status in U.S. and*

13        *prior removals, use of numerous personal identifiers,*

14        *unstable residence, apparent history of substance abuse,*

15        *discrepancy in employment*

16

17

18

19

20

21 B.    (✓)    Danger:

22        *lengthy criminal history, apparent history of substance abuse,*

23        *~~discrepancy in employment~~, prior similar offenses*

24

25

26

27

28

                              Page 3 of 4

**VI.**

A.   ( )   The Court finds a serious risk that defendant will:

        1.   ( )   obstruct or attempt to obstruct justice.

        2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.   The Court bases the foregoing finding(s) on the following:

_____

_____

_____

**VII.**

A.   IT IS THEREFORE ORDERED that the defendant be detained before trial.

B.   IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C.   IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D.   IT IS FURTHER ORDERED that on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a U.S. marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 9/4/24

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE